JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANNA MANVELYAN,

    Plaintiff,

v.

JAMES JANECKA et al.,

    Defendants.

Case No. 5:26-cv-02407-SB-DFM

FINAL JUDGMENT

For the reasons stated in the separate order granting Petitioner Anna Manvelyan's petition and application for a temporary restraining order (Dkt. No. 12) entered May 18, 2026, and in light of the government's report confirming that she has been released, it is ordered that the petition is dismissed as moot.

This is a final judgment.

Date: May 19, 2026

                                  Stanley Blumenfeld, Jr.
                                  United States District Judge

1